1  JACKSON LEWIS LLP
   ROBERT J. SCHNACK (SBN 191987)
2  DOUGLAS M. EGBERT (SBN 265062)
   801 K Street, Suite 2300
3  Sacramento, California  95814
   Telephone:  (916) 341-0404
4  Facsimile:  (916) 341-0141
   Email:       SchnackR@jacksonlewis.com
5  Email:       EgbertD@jacksonlewis.com

6  Attorneys for Defendant
   MACY'S RETAIL HOLDINGS, INC. dba
7  MACY'S WEST STORES, INC., erroneously sued
   and served as MACY'S, INC.
8

9                UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                      WESTERN DIVISION

12 | HASMIK AVAGYAN,                | Case No.  2:12-cv-00367- JAK (MRWx)
13 |         Plaintiff,             | **JUDGMENT OF DISMISSAL WITH PREJUDICE  (JS-6)**
14 |      v.                        |
15 | MACY'S INC., and DOES 1-10, Inclusive, |
16 |         Defendants.            | Complaint Filed: December 15, 2011
                                      Removal:         January 13, 2012
17                                    Trial Date:      None Set

18

19       The Court, having granted Defendant Macy's Motion to Confirm Arbitration Award and

20 For Entry of Judgment Thereon, and good cause otherwise appearing therefor,

21       IT IS HEREBY ADJUDGED that this action is dismissed in its entirety, with prejudice,

22 and without an award of attorneys' fees or costs to any party.

23 DATED:  March 27, 2013
                                         _____
24                                       HON. JOHN A. KRONSTADT
                                         UNITED STATES DISTRICT JUDGE
25

26

27

28
                                        1

Judgment of Dismissal With Prejudice                    Avagyan v. Macy's Inc.
                                                Case No. 2:12-cv-00367-JAK-(MRWx)